IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INTERVET INC., | ) | Case No. 08cv3042 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING MERIAL** |
| | ) | **LIMITED AND MERIAL SAS'** |
| MERIAL LIMITED, | ) | **MOTION FOR LEAVE TO FILE** |
| MERIAL SAS, | ) | **DOCUMENTS UNDER SEAL** |
| | ) | |
| Defendants, | ) | |
| | ) | |
| DR. BRUCE BRODERSEN, | ) | (Related Case No. 1:06-cv-00658, U.S. |
| UNIVERSITY OF NEBRASKA BOARD OF | ) | District for the District of Columbia) |
| REGENTS, | ) | |
| | ) | |
| Interested Parties. | ) | |

Good cause having been shown and upon reasonable consideration, Merial Limited and Merial SAS' Motion for Leave to File Documents Under Seal is hereby GRANTED, thus allowing Merial to file the following under seal:

1. Merial Limited and Merial SAS' Memorandum in Support of Their Motion to Compel Compliance with Subpoena to Bruce Brodersen and the University of Nebraska Board of Regents;

2. Index of Evidence in Support of Merial Limited and Merial SAS' Motion to Compel Compliance with Subpoena to Bruce Brodersen and the University of Nebraska Board of Regents; and

3. Affidavit of Matthew W. Howell in Support of Merial Limited and Merial SAS' Motion to Compel Compliance with Subpoena to Bruce Brodersen and the University of Nebraska Board of Regents, and attached exhibits thereto.

Dated this 11th day of March, 2008.

              BY THE COURT:

              s/ *Richard G. Kopf*
              United States District Judge