IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INTERVET INC., | ) | Case No. 4:08cv3042 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING MERIAL** |
| | ) | **LIMITED AND MERIAL SAS'** |
| MERIAL LIMITED, | ) | **MOTION FOR LEAVE TO FILE** |
| MERIAL SAS, | ) | **DOCUMENTS UNDER SEAL** |
| | ) | |
| Defendants, | ) | |
| | ) | |
| DR. BRUCE BRODERSEN, | ) | (Related Case No. 1:06-cv-00658, U.S. |
| UNIVERSITY OF NEBRASKA BOARD OF | ) | District for the District of Columbia) |
| REGENTS, | ) | |
| | ) | |
| Interested Parties. | ) | |

For good cause shown and upon reasonable consideration,

**IT IS ORDERED** that the motion [43] of Merial Limited and Merial SAS for Leave to File Documents Under Seal is hereby granted, thus allowing Merial to file the following under seal:

1. Memorandum [45] in Support of Merial Limited and Merial SAS' Motion to Compel Compliance with Court's April 21, 2008 Order or in the Alternative to Modify the Order;

2. Index of Evidence [46] in Support of Merial Limited and Merial SAS' Motion to Compel Compliance with Court's April 21, 2008 Order or in the Alternative to Modify the Order; and

3. Affidavit [47] of Matthew W. Howell in Support of Merial Limited and Merial SAS' Motion to Compel Compliance with Court's April 21, 2008 Order or in the Alternative to Modify the Order.

**DATED May 27, 2008.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**