IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INTERVET INC., | ) | Case No. 4:08cv3042 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MERIAL LIMITED, | ) | |
| MERIAL SAS, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | (Related Case No. 1:06-cv-00658, U.S. |
| DR. BRUCE BRODERSEN, | ) | District for the District of Columbia) |
| UNIVERSITY OF NEBRASKA BOARD OF | ) | |
| REGENTS, | ) | |
| | ) | |
| Interested Parties. | ) | |

This motion comes before the Court on the 9th day of June, 2008, on Defendants' request to remove Elizabeth K. Haynes as one of the Defendants' counsel of record in this action, and the Court being fully advised in the premises,

HEREBY ORDERS that the request [61] is granted and Elizabeth K. Haynes is granted leave to withdraw as counsel in this action.

Dated: June 9, 2008

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**